# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Terrell Vaughn

                      Plaintiff,

v.                                                    Case No.: 1:21−cv−01928
                                                    Honorable Manish S. Shah

Peter Tittle, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's response to the motion to dismiss [43] is due 4/6/22 and defendants' reply is due 4/20/22. The parties' discovery status report remains due 4/6/22. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.