**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Terrell Vaughn

Plaintiff,

v.                                                    Case No.: 1:21−cv−01928
                                                      Honorable Manish S. Shah

Peter Tittle, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 14, 2022:

> MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation to dismiss, this case is dismissed with prejudice. The parties are reminded that a dismissal with prejudice does not allow a federal court to retain jurisdiction. See Shapo v. Engle, 463 F.3d 641, 643 (7th Cir. 2006) ("a district judge cannot dismiss a suit with prejudice, thus terminating federal jurisdiction, yet at the same time retain jurisdiction to enforce the parties' settlement that led to the dismissal with prejudice"). Disputes over the settlement agreement or liens can only be asserted in federal court if there is an independent jurisdictional basis for the dispute (e.g., diversity jurisdiction) and must be brought in a new case. Terminate civil case. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.